IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

MAR 07 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

BRIAN KEITH BRAGG,

        Plaintiff,

v.

COUNTY OFFICER SH. DAVIS, et al.,

        Defendants.

Civil Action No. 15-8781 (AET-TJB)

**MEMORANDUM OPINION**

**Thompson, District Judge**

1. On December 21, 2015, Brian Keith Bragg, submitted a civil complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983 by various employees of the Mercer County Correctional Center ("MCCC").

2. The Court administratively terminated his complaint for failure to submit a complete in forma pauperis application. (Docket Entry 2).

3. Plaintiff moved to reopen his case on January 4, 2016, (Docket Entry 4), and this Court denied the motion on January 15, 2016, (Docket Entry 6).

4. On January 22, 2016, mail sent to the Plaintiff at MCCC was returned as undeliverable. (Docket Entry 7).

5. By Order dated January 27, 2016, this Court ordered Plaintiff to provide an updated address within 30 days of the Order and noted that failure to comply with the Order may result

in the complaint being dismissed for lack of prosecution. (Docket Entry 8). The Clerk was ordered to serve Plaintiff with the Order at his last known address.

6. Plaintiff has not complied with the Court's Order.

7. As the Court does not have a current address for Plaintiff, the matter cannot proceed at this time. The Court finds Plaintiff has abandoned this litigation and will therefore dismiss the complaint without prejudice.

8. Plaintiff may move to reopen this litigation if he can demonstrate good cause as to why he failed to comply with the Local Rules and this Court's Orders.

9. An appropriate Order follows.

3/7/16
Date

ANNE E. THOMPSON
U.S. District Judge